IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MITCHELL ZANE LITTLELIGHT,<br><br>Defendant. | CR 20–19–BLG–DLC<br><br>ORDER |

United States Magistrate Judge Timothy J. Cavan entered Findings and Recommendation in this matter on April 21, 2020. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Cavan recommended this Court accept Mitchell Zane Littlelight's

guilty plea after Littlelight appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered a plea of guilty to possession of a firearm, in violation of 18 U.S.C. § 922(g)(1), as charged in the Indictment.

I find no clear error in Judge Cavan's Findings and Recommendation (Doc. 24), and I adopt them in full.

Accordingly, IT IS ORDERED that Mitchell Zane Littlelight's motion to change plea (Doc. 16) is GRANTED and Mitchell Zane Littlelight is adjudged guilty as charged in the Indictment.

DATED this 6th day of May, 2020.

_____
Dana L. Christensen, District Judge
United States District Court