# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

THE STATE OF MONTANA

    vs.

**Mitchell Zane Littlelight**       No.  CR 20-19-BLG-DLC

DOB:  **1995**       PETITION TO OPEN
JUVENILE/SEALED RECORDS

SSN:  **XXX-XX-3436**

Whereas the above-name defendant entered a plea of  <u>GUILTY</u> to *Prohibited Person in Possession of a Firearm* and District Court Judge Susan P. Watters having ordered a Pre-Sentence Investigation into the Defendant's background, the Petitioner requests all juvenile or sealed records pertaining to the Defendant, including Court documents,  Law Enforcement, Juvenile Court Services, County Probation, County Welfare, Department of Institution records, medical and institutional treatment records and Department of Institutions records, be made available.


/S/ Sarah Evans                                                    U.S. Probation/Parole Officer


05/06/2020       Date

\* \* \* \* \* \* \* \* \* \*
**ORDER**
\* \* \* \* \* \* \* \* \* \*

The Court having considered the aforementioned petition; does hereby order the release of pertinent juvenile records, including sealed records, held by any Court, Law Enforcement, Juvenile Court Services, County Probation, County Welfare, medical and institutional treatment records, Department of Institutions records or agency of the Adult/Juvenile Probation and Parole Officer.

Dated this 6th day of May, 2020.

_____
Dana L. Christensen, District Judge
United States District Court